IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Criminal Case No.  05-CR-00532-B

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CAROL ELKINS,

        Defendant.

_____

## ORDER
_____

        Ms. Elkins has moved pursuant to 18 U.S.C. § 3161(h)(8)(A) for an ends-of-justice continuance on the grounds that 1) the discovery will consist of approximately 5000 pages, including medical records, 2) this case will implicate complex medical issues, and 3) preparation of the defense will involve retention of and consultation with medical experts, possibly raising *Daubert* issues. The Government does not oppose the motion.

        For the reasons stated during the January 13, 2006 hearing and in the motion, I find and conclude, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(I) and (iv), that:

1) failure to grant a continuance would be likely to result in a miscarriage of justice;

2) failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and that

3) the ends of justice served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.


Accordingly, it is ORDERED that

1) the motion is GRANTED;

2) defendant's motions will be filed on or before March 24, 2006,

3) the Government's responses to defendant's motions are due on or before April 7, 2006, and

4) a Status and Scheduling Hearing is set for Friday, April 14, 2006 at 8:00am.

**DONE and ORDERED,** this   13th   day of January, 2006 at Denver, Colorado.

    s/Lewis T. Babcock
United States District Chief Judge