**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No.  05-cr-00532-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      CAROL ELKINS,

        Defendant.
_____

**ORDER**
_____

      Upon Defendant's Unopposed Motion to Leave State While on Bond (Doc 17 - filed January 12, 2006), it is

      ORDERED that the Motion is GRANTED.  Defendant may travel via airplane to Austin, Texas on January 26, 2006 and return to Colorado on February 8, 2006.

                                BY THE COURT:

                                  s/Lewis T. Babcock
                                Lewis T. Babcock, Chief Judge

DATED: January 13, 2006