IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Criminal Case No.  05-cr-00532-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CAROL ELKINS,

       Defendant.

_____

ORDER
_____

       For the reasons stated on the record during the May 25, 2006 hearing, it is ORDERED that:

1) the motion for disclosure of Rule 608 and Rule 404(b) evidence (docket no. 26) is GRANTED; the Government shall give notice of any Rule 608 and Rule 404(b) evidence on or before June 30, 2006 and will supplement, as appropriate, at least 60 days before trial;

2) the Motion for Disclosure of Exculpatory and Impeaching Information (docket no. 30) is GRANTED as confessed;

3) the Motion for Discovery Relating to Expert Opinion Testimony (docket no. 33) is GRANTED; the parties shall designate their expert witnesses and produce curricula vitae and reports at least 90 days before trial;

4) the Motion for Discovery, Disclosure, and Inspection (docket no. 34) is GRANTED as to the specific request for documentation of disciplinary actions, dated on or after July 6, 2000, contained within the personnel files of the Government's percipient witnesses from the Veterans Affairs hospital; the Government shall on or before July 28, 2006, submit responsive documents to the Court for *in camera* review; in all other respects, the motion is DENIED as moot;

5) the Motion for Early Disclosure of Jencks Material (docket no. 36) is GRANTED as confessed;

6) the Motion for Disclosure of Specific Discovery (docket no. 37) is:

      a.       GRANTED as to items 1 through 3;

      b.       DENIED without prejudice as to items 4 and 5;

      c.       DENIED as to item 6;

      d.       DENIED without prejudice as to items 7 and 8;

      e.       DENIED as moot as to item 9;

      f.       GRANTED as to item 10;

      g.       DENIED as to item 11;

      h.       GRANTED in part and DENIED in part as to item 12; the Government shall ascertain whether the file of any pertinent civil proceeding contains *Brady* material; and

      i.       GRANTED as to item 13;

7) the Government shall respond to the defendant's demand for agents' notes (docket no. 55) on or before May 30, 2006 and the defendant shall reply on or before June 9, 2006; and

8) hearing on the defendant's Motion to Suppress Statements (docket no. 31) shall occur on July 6, 2006 at 8:30 A.M.

Dated: May   25  , 2006, in Denver, Colorado.

                    BY THE COURT:


                    s/Lewis T. Babcock

                    Lewis T. Babcock, Chief Judge