IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Criminal Case No. 05-cr-00532-LTB

UNITED STATES OF AMERICA,

  Plaintiff,

v.

CAROL ELKINS,

  Defendant.

_____

ORDER
_____

  The defendant, Carol Elkins, filed a motion styled "Notice of Intent to Introduce Expert Testimony on Police Procedure Relating to Interrogations and Affidavit in Support of Demand for Forthwith Production of Agents' Notes"(docket no. 55).  In that motion, Ms. Elkins requests that the Government produce all of the notes created by law enforcement agents in preparation for and contemporaneous with her interview on October 22 and 23, 2003.  In response, the Government produced all of the existing notes created by agents during and concerning the interview.

  Ms. Elkins continues to press her demand for notes created by agents in preparation for (preceding) the interrogation.  She has cited no authority in support of her novel request, and I have found none.  The Government has complied with all of its discovery obligations and the motion is DENIED.

Dated: June   14  , 2006, in Denver, Colorado.

                   BY THE COURT:

                   s/Lewis T. Babcock
                   Lewis T. Babcock, Chief Judge