IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Criminal Case No.  05-cr-00532-LTB

UNITED STATES OF AMERICA,

Plaintiff,

v.

CAROL ELKINS,

Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

It is stipulated that at the conclusion of the hearing on the motion to suppress, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this \_\_\_\_ day of July 2006.

BY THE COURT:

_____
LEWIS T. BABCOCK, CHIEF JUDGE
United States District Court

_____  _____
Attorney for Government           Attorney for Defense