IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Criminal Case No.  05-cr-00532-LTB

UNITED STATES OF AMERICA,

Plaintiff,

v.

CAROL ELKINS,

Defendant.

---

## STIPULATION AND ORDER REGARDING
## CUSTODY OF EXHIBITS

---

It is stipulated that at the conclusion of the Hearing on the Motion to Suppress

counsel for the parties shall retain custody of their respective exhibits until such time as

all need for the exhibits has terminated and the time to appeal has expired or all

appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 23d day of October 2006.

BY THE COURT:

_____
LEWIS T. BABCOCK, CHIEF JUDGE
United States District Court

_____
Attorney for Government

_____
Attorney for Defense